**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| MARY PHILIPS, | ) |
| Plaintiff, | ) ) ) Case No. 1:23-cv-01365-GBW |
| v. | ) ) |
| P&F INDUSTRIES, INC., KENNETH M. SCHERIFF, MITCHELL A. SOLOMON, JEFFREY D. FRANKLIN, HOWARD BROD BROWNSTEIN, and RICHARD A. HOROWITZ, | ) ) JURY TRIAL DEMANDED ) ) ) ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: February 1, 2024            **LONG LAW, LLC**

                                                      By:   */s/ Brian D. Long*
                                                               Brian D. Long (#4347)
                                                               3828 Kennett Pike, Suite 208
                                                               Wilmington, DE 19807
                                                               Telephone: (302) 729-9100
                                                               Email: BDLong@longlawde.com

                                                               *Attorneys for Plaintiff*